TRAVIS v. KNOB CREEK, INC.

No. 295P89

Case below: 94 N.C.App. 374

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

WALLACE COMPUTER SERVICES v. WAITE

No. 402P89

Case below: 95 N.C.App. 439

Petition by defendants for writ of supersedeas and temporary stay denied 25 September 1989.

WILLIAMS v. RANDOLPH

No. 300P89

Case below: 94 N.C.App. 413

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

ZAGAROLI v. POLLOCK

No. 269P89

Case below: 94 N.C.App. 46

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.


PETITION TO REHEAR

SUTTON v. AETNA CASUALTY & SURETY CO.

No. 539PA88

Case below: 325 N.C. 259

Petition by defendant to rehear denied 5 October 1989.